IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FRANCISCO JAVIER MONGE-NUNEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> TRINITY MINTER, Warden West ) <br> Tennessee Detention Facility, ACTING ) <br> DIRECTOR OF THE NEW ORLEANS ) <br> FIELD OFFICE OF ICES ENFORCEMENT ) <br> AND REMOVAL OPERATIONS ) <br> DIVISION, Scott Ladwig, ACTING ) <br> DIRECTOR OF US IMMIGRATION AND ) <br> CUSTOMS ENFORCEMENT, Todd Lyons, ) <br> and US ATTORNEY GENERAL, Pamela ) <br> Bondi, ) <br> ) <br> Respondent. ) | No. 2:25-cv-03043-TLP-atc |

**ORDER DIRECTING CLERK TO MODIFY THE DOCKET AND SERVE PETITION AND DIRECTING RESPONDENT TO SHOW CAUSE**

Petitioner Francisco Javier Monge Nuñez, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1).

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The proper respondent in this case is Scott Ladwig, the acting New Orleans Field Office Director for ICE Enforcement

and Removal Operations.[1]  The Clerk is **DIRECTED** to terminate Trinity Minter, Todd Lyons, and Pamela Bondi as respondents.

It is **ORDERED** that the Clerk shall serve a copy of the § 2241 Petition and this Order on Respondent Scott Ladwig[2] by certified mail and shall provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: michael.dunavant@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651, Respondent is **ORDERED** to not remove Petitioner from the West Tennessee Detention Facility while the § 2241 Petition is pending.  See *A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025).

Given the issues raised in the § 2241 Petition, Respondent is **ORDERED** to show cause in writing within three (3) days why the § 2241 Petition should not be granted.  See 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition, including any claim Petitioner must exhaust remedies.

Petitioner may file a reply within three (3) days of service of the return.  If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the return.

---

[1] *See* Immigration and Custom Enforcement, https://www.ice.gov/news/releases/ice-places-detainer-illegal-alien-arrested-killing-teen-during-second-drunk-driving (last accessed Nov. 14, 2025); *see Godinez-Lopez v. Ladwig, et al.*, Civ. No. 25-2962, ECF No. 1 (W.D. Tenn. Oct. 17, 2025).

[2] The address for Enforcement & Removal Operations, New Orleans Field Office is 1250 Poydras, Suite 325, New Orleans, LA 70113.  *See* New Orleans Field Office | ICE (last accessed Nov. 14, 2025).

A hearing date shall be set by separate order. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 14th day of November, 2025.

                                                            s/Thomas L. Parker
                                                        THOMAS L. PARKER
                                                        UNITED STATES DISTRICT JUDGE