# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FRANCISCO JAVIER MONGE-NUNEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACTING DIRECTOR OF THE NEW ) <br> ORLEANS FILED OFFICE OF ICES ) <br> ENFORCEMENT AND REMOVAL ) <br> OPERATIONS DIVISION, Scott Ladwig, ) <br> ) <br> Defendant. ) | No. 2:25-cv-03043-TLP-atc |

## ORDER SETTING HEARING ON PETITION

Petitioner Francisco Javier Monge Nuñez, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.)  On November 14, 2025, the Court entered an Order directing Respondent to show cause why the Writ should not be granted and indicating that a hearing on the Petition would be set in a separate order.  (ECF No. 8.)  Respondent has responded to the Show Cause Order (ECF No. 11), and the Court therefore **ORDERS** that a hearing on the Petition be set for Tuesday, November 25, 2025, at 1:30 p.m.  If either party wishes to present evidence at the hearing, they shall notify the Court by Tuesday, November 25, 2025, at 9 a.m.

**SO ORDERED**, this 24th day of November, 2025.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE