# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FRANCISCO JAVIER MONGE-NUNEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACTING DIRECTOR OF THE NEW ) <br> ORLEANS FILED OFFICE OF ICES ) <br> ENFORCEMENT AND REMOVAL ) <br> OPERATIONS DIVISION, Scott Ladwig, ) <br> ) <br> Defendant. ) | No. 2:25-cv-03043-TLP-atc |

## ORDER GRANTING LEAVE TO FILE REPLY AND EXCEED PAGE LIMIT

Petitioner moves unopposed for leave to reply to Respondent's Response to Order to Show Cause and Response to Habeas Petition and to exceed the page limit for replies. (ECF Nos. 13–14.) Local Rule 7.2 requires Petitioner to obtain leave from the Court to file a reply and that the reply be limited to five pages. Petitioner seeks leave to file a reply that is eleven pages. The Court **GRANTS** Petitioner's Motion. Petitioner may file his eleven-page reply.

**SO ORDERED**, this 24th day of November, 2025.

                             s/Thomas L. Parker
                             THOMAS L. PARKER
                             UNITED STATES DISTRICT JUDGE