**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| FRANCISCO JAVIER MONGE-NUNEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ACTING DIRECTOR OF THE NEW )<br>ORLEANS FIELD OFFICE OF ICES )<br>ENFORCEMENT AND REMOVAL )<br>OPERATIONS DIVISION, Scott Ladwig, )<br>)<br>Respondent. ) | No. 2:25-cv-03043-TLP-atc |

---

**JUDGMENT**

---

**JUDGMENT BY COURT**.  This action came before the Court on Petitioner's Petition for

Writ of Habeas Corpus, filed on November 14, 2025.  (ECF No. 1.)  In accordance with the

Order Granting Petition for Writ of Habeas Corpus (ECF No. 19),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED.**

s/Thomas L. Parker
THOMAS L.  PARKER
UNITED STATES DISTRICT JUDGE

January 26, 2026
Date